**Hector Renato URQUILLA–MORALES, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 04–74077.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.[*]

Filed April 10, 2006.

Hector Renato Urquilla–Morales, Eloy, AZ, pro se.

Ronald E. Lefevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Chief Counsel U.S. Department of Homeland Security, Phoenix, AZ, Norah Ascoli Schwarz, Esq., Edward C. Durant, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: HAWKINS, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM [**]

Hector Renato Urquilla–Morales, a na-

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

tive and citizen of El Salvador, petitions pro se for review of the Board of Immigration Appeals' ("BIA") decision dismissing his appeal from an immigration judge's ("IJ") order of removal. We dismiss the petition for review for lack of jurisdiction.

On December 28, 2005, the BIA granted Urquilla–Morales's motion to reopen and remanded the proceedings to the IJ. *See In re Urquilla–Morales,* 2005 WL 3709278 (BIA Dec. 28, 2005). There is, therefore, no longer a final order of removal for us to review. *See Timbreza v. Gonzales,* 410 F.3d 1082, 1083 (9th Cir.2005) (order). We repeat that "parties are instructed in other like circumstances to give notice to this court." *Id.*

**PETITION FOR REVIEW DISMISSED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.